USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE MASSEY,

                Plaintiff,

    -against-

CAPTAIN HERNANDEZ; CITY OF NEW YORK,

                Defendants.

1:20-cv-8633-GHW

ORDER OF SERVICE

GREGORY H. WOODS, United States District Judge:

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Captain Hernandez (a New York City Department of Correction Captain assigned to the Manhattan Detention Complex's "9 South" unit on October 3, 2020, during the 3:00 p.m. to 11 p.m. tour of duty) and the City of New York waive service of summonses.

SO ORDERED.

Dated: November 22, 2020

                                            GREGORY H. WOODS
                                      United States District Judge