**MEMORANDUM ENDORSED**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2021
```

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **AMANDA ROLON**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2356<br>fax: (212) 356-3509<br>mobile: (646) 951-3806<br>email: arolon@law.nyc.gov |

August 20, 2021

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Tyrone H. Massey v. Captain Hernandez, *et al.*</u>, 20 Civ. 8633 (GHW)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York and Captain Hernandez in the above-referenced matter (hereinafter "City defendants"). City defendants write on behalf of all parties, in accordance with Your Honor's Individual Rules, to respectfully submit a joint proposed case management plan. Further, City defendants also seek an adjournment of the initial conference, *sine die*, in light of the parties mutually agreed upon case management plan with no specific issues either party wishes to raise with the Court at this time.

   The parties jointly thank the Court for its time and consideration of this request.

            Respectfully submitted,
            /s/  *Amanda Rolon*
            Assistant Corporation Counsel
            Special Federal Litigation Division

Application denied. The scheduled initial pretrial conference will take place as scheduled on August 27, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24 and to mail a copy of this order to the plaintiff.

SO ORDERED.
Dated:  August 21, 2021
            _____
            GREGORY H. WOODS
            United States District Judge